**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amber N. Sorrow and Malcolm Arnold, Defendants,

Of whom Malcolm Arnold is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-000826

───────────────

Appeal From Greenville County
Jessica Ann Salvini, Family Court Judge

───────────────

Unpublished Opinion No. 2023-UP-354
Submitted October 24, 2023 – Filed October 31, 2023

───────────────

**AFFIRMED**

───────────────

Jennifer Lynn Mook, of Law Office of Jennifer Mook, LLC, of Aiken, for Appellant.

Kathryn J. Walsh, of South Carolina Department of Social Services, of Spartanburg, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

––––––––––––––

**PER CURIAM:**  Malcolm Arnold appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Arnold's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and HEWITT and VERDIN, JJ., concur.**

––––––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.